DAVID A. BOONE - State Bar No. 74165
LEELA V. MENON - State Bar No.. 195435
LAW OFFICES OF DAVID A. BOONE
1611 The Alameda
San Jose, CA 95126
Telephone: (408) 291-6000
Fax: (408) 291-6016

ATTORNEYS FOR DEBTOR
Richard Philip Cadet

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: | CASE NO. **09-57616 MEH** |
| | CHAPTER 13 |
| RICHARD CADET | Honorable M. Elaine Hammond |
| | No Hearing Requested |

**NOTICE OF OPPORTUNITY FOR HEARING REGARDING JUDGMENT VOIDING LIEN OF BANK OF AMERICA**

TO ALL PARTIES IN INTEREST:

1. PLEASE TAKE NOTICE that the debtor hereby requests the entry of JUDGMENT VOIDING LIEN OF BANK OF AMERICA. A copy of the proposed judgment is attached. No hearing is being set at this time and no hearing will be held UNLESS the affected lienholder properly requests a hearing pursuant to Local Rule 9014-1.

2. PLEASE TAKE NOTICE that if any party in interest timely and properly requests a hearing pursuant to Local Rule 9014-1, a Hearing on the debtor's request will be held on the holding date which will be obtained by counsel for the debtor pursuant to Local Rule 9014-1(b)(3)(B), or as soon thereafter as the matter may be heard, in the United States Bankruptcy

1

1  Courtroom of the Honorable M. Elaine Hammond at 280 S. First Street, San Jose, CA 95113,
2  Court Room 3020.
3      3. Local Rule 9014-1(b)(3)(A) requires this NOTICE OF LOCAL RULE STANDARDS
4  BE GIVEN FOR A NOTICE AND OPPORTUNITY FOR HEARING:
5      YOU ARE HEREBY NOTIFIED THAT UNLESS A PARTY REQUESTS A HEARING
6  WITHIN 10 DAYS FROM THE DATE OF SERVICE OF THIS APPLICATION, THE COURT
7  MAY ENTER THE JUDGMENT REQUESTED PURSUANT TO B.L.R. 9014-1(b)(4).

> "Unless otherwise ordered, a party in interest may initiate a request for relief, without setting a hearing, regarding any matter within the scope of this rule, other than those matters described in B.L.R. 9014-1(b)(1).
>     (A)  Notice. A request for relief governed by B.L.R. 9014-1(b)(3) shall be accompanied by a notice and shall state conspicuously:
>     (I)  That Bankruptcy Local Rule 9014-1 of the United States Bankruptcy Court for the Northern District of California prescribes the procedures to be followed and that any objection to the requested relief, or a request for hearing on the matter must be filed and served upon the initiating party within 10 days of mailing of the notice;
>     (ii)  That a request for hearing or objection must be accompanied by any declarations or memoranda of the law the party objecting or requesting wishes to present in support of its position;
>     (iii)  That if there is not a timely objection to the requested relief or a request for hearing, the court may enter an order granting the relief by default; and
>     (iv)  Either:
>         (a)  That the initiating party will give at least 7 days' written notice of hearing to the objecting or requesting party, and to any trustee or committee appointed in the case, in the event an objection or request for hearing is timely made; or
>         (b)  The tentative hearing date."

DATED: March 15, 2016        THE LAW OFFICES OF DAVID A. BOONE

By:   /s/ Leela V. Menon
      ATTORNEYS FOR DEBTOR

V:\14636\Notice Opport Hearing Judgement Voiding Lien - MEH.wpd

2