DAVID A. BOONE - State Bar No. 74165
LAW OFFICES OF DAVID A. BOONE
1611 The Alameda
San Jose, CA 95126
Telephone (408) 291-6000
Facsimile (408) 291-6016

Attorney for Debtor
Richard Philip Cadet

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

IN RE: ) CASE NO. **09-57616 MEH**
)
) CHAPTER 13
RICHARD PHILIP CADET )
)
) Honorable M. Elaine Hammond
)
)

**CERTIFICATE OF SERVICE BY MAIL**

I, the undersigned, certify:

I am a citizen of the United States and a resident of Santa Clara County. I am now, and at all times herein mentioned was, over the age of eighteen years and not a party to the above-captioned matter. My business address is 1611 The Alameda San Jose, California 95126.

On March 15, 2016, I served the following documents:

**NOTICE OF OPPORTUNITY FOR HEARING REGARDING JUDGMENT VOIDING LIEN OF BANK OF AMERICA; and**

**[PROPOSED] JUDGEMENT VOIDING LIEN OF BANK OF AMERICA**

on the following persons by placing a true copy thereof enclosed in a sealed envelope, first class United States mail with postage thereon fully prepaid, in the United States mail at San Jose, California, addressed as follows:

**Debtor:**

Richard Cadet
3047 Cedar Ridge Ct
San Jose, CA 95148

**Trustees:**

| | |
|---|---|
| Devin Derham-Burk | Office of the U.S. Trustee / SJ |
| Chapter13 Trustee | By Electronic Notice Only |
| By Electronic Notice Only | |

**Affected lienholder:** See List Attached

    I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

    I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

    Executed on March 15, 2016, at San Jose, California.

                                            */s/ Sarah Nguyen*
                                          **SARAH NGUYEN**

V:\14636\Cert - Judgement Voiding Lien_DDBMEH.wpd

# EXHIBIT "A"

**Case: 09-57616 MEH**

**Affected lienholder:**

| | |
|---|---|
| **Served by Certified Mail:** | Bank of America Corporation |
| Bank of America | 100 North Tryon Street |
| P.O. Box 60875 | Charlotte, NC 28202 |
| Los Angeles, CA 90060-0875 | Attention: Officer |
| | |
| Bank of America | Brian Moynihan, CEO |
| Bank of America N.A. | Bank of America, National Association |
| 475 CrossPoint Parkway | 101 S. Tyron |
| Post Office Box 9000 | Charlotte, NC 28255 |
| Getzville, NY 14068 | |
| | Brian Moynihan, CEO |
| Lawrence J. Buckley | Bank of America Corporation |
| Bank of America's authorized agent | 401 North Tryon Street |
| P.O. Box 829009 | Charlotte, NC 28255 |
| Dallas, TX 75382-9009 | |
| | Brian Moynihan, CEO |
| NCB, CLS Brecksville | Bank of America Corporation |
| Documentation, Locator 7120 | 100 N. Tryon Street |
| 6750 Miller Road | Mail Code NC-1-007-18-01 |
| Brecksville, OH 44141 | Charlotte, NC 28255 |
| | |
| Bank of America, National Association | CT Corporation System |
| 101 S. Tryon | ASOP for Bank of America, National Association |
| Charlotte, NC 28255 | 818 West Seventh St |
| | Los Aangeles, CA 90017 |
| Bank of America Corporation | |
| 401 North Tryon Street | |
| NC1-021-02-20 | |
| Charlotte, NC 28255 | |

LOCAL RULE 5-4, CERTIFICATE OF SERVICE BY MAIL, 28, U.S.C. 1746 Page 4

Case 09-57616    Doc# 82-2    Filed: 03/15/16    Entered: 03/15/16 15:39:06    Page 4 of 5

| | | |
|---|---|---|
| 1 | CT Corporation System | BAC Home Loan Servicing, L.P. |
| 2 | ASOP for Bank of America Corporation | 7105 Corporate Drive |
| 3 | 150 Fayetteville St., Box 1011 | Plano, TX 75024 |
| 4 | Raleigh, NC 27601 | |
| | | Harborside at Atlantis Development, LTD. |
| 5 | CT Corporation System | c/o Lowndes, Drosdick, et al |
| 6 | ASOP for Bank of America Corporation | 450 S. Orange Avenue - Suite 800 |
| 7 | 818 West Seventh St | Orlando, FL 32801 |
| | Los Angles, CA 90017 | |
| 8 | | C T CORPORATION SYSTEM |
| 9 | **Served by Regular Mail:** | 818 WEST SEVENTH ST STE 930 |
| 10 | Aurora Loan Services | LOS ANGELES CA 90017 |
| 11 | 10350 Park Meadows Drive | |
| 12 | Littleton, CO 80124 | |
| 13 | Aurora Loan Services, LLC | |
| 14 | c/o Pite Duncan, LLP | |
| 15 | Attn: Katherine L. Johnson | |
| 16 | 4375 Jutland Drive, Suite 200 | |
| 17 | P.O. Box 17933 | |
| | San Diego, CA 92177-0933 | |
| 18 | | |
| 19 | Aurora Loan Services LLC | |
| 20 | Cashiering | |
| | P.O. Box 173930 | |
| 21 | Denver, CO 80217-3930 | |
| 22 | | |
| 23 | SCME Mortgage Bankers, Inc. | |
| 24 | 6265 Greenwich Drive, #200 | |
| | San Diego, CA 92122 | |