DAVID A. BOONE - 74165
LEELA V. MENON - 195435
LAW OFFICES OF DAVID A. BOONE
1611 The Alameda
San Jose, CA 95126
Telephone: (408) 291-6000
Fax: (408) 291-6016

ATTORNEYS FOR DEBTOR
Richard Philip Cadet

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE:<br><br>RICHARD PHILIP CADET | CASE NO. **09-57616 MEH**<br><br>CHAPTER 13<br><br>Honorable M. Elaine Hammond<br><br>No Hearing Requested |

**REQUEST FOR ENTRY OF DEFAULT RE: JUDGMENT VOIDING LIEN PURSUANT TO LOCAL RULE 9014-1 and DECLARATION IN SUPPORT THEREOF**

Debtor, Richard Philip Cadet, hereby requests an entry of Judgment Voiding Lien of BANK OF AMERICA.

I, LEELA V. MENON, hereby declare as follows:

1. I am an attorney at law duly licensed to practice before all the courts of the State of California and before the Northern District of California, and I am an associate of LAW OFFICES OF DAVID A. BOONE, attorneys for Debtor and Applicant, Richard Philip Cadet. The matters set forth herein are based upon my personal knowledge, except for those matters set forth on information and belief, and if called as a witness I could and would testify competently thereto.

2. On March 15, 2016, a copy of the NOTICE AND [PROPOSED]

1

JUDGMENT VOIDING LIEN OF BANK OF AMERICA was served on the Chapter 13 Trustee, the Debtor, and the affected lienholder. A copy of the Notice and [Proposed] Judgment Voiding Lien of BANK OF AMERICA are linked hereto.

3. Pursuant to Local Rule 9014-1, interested parties were given 10 days to request a hearing on this matter.

4. Ten days have elapsed since such service and I have not been served with a response or a request for hearing.

5. Relief by Entry of Default is appropriate and is hereby requested by this application.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct of my own personal knowledge.

Executed this 30th day of March, 2016, at San Jose, California.

/s/ Leela V. Menon
Leela V. Menon

V:\14636\DEFAULT on Judgement Voiding Lien_MEH-03-29-2016.wpd