DAVID A. BOONE - State Bar No. 74165
LEELA V. MENON - State Bar No. 195435
LAW OFFICES OF DAVID A. BOONE
1611 The Alameda
San Jose, California 95126
Telephone: (408) 291-6000
Facsimile: (408) 291-6016

ATTORNEYS FOR DEBTOR
Richard Philip Cadet

The following constitutes
the order of the court. Signed April 4, 2016

_M. Elaine Hammond_
M. Elaine Hammond
U.S. Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: | CASE NO. **09-57616 MEH** |
| | CHAPTER 13 |
| RICHARD PHILIP CADET | No Hearing Requested |
| | Honorable M. Elaine Hammond |

**JUDGMENT VOIDING LIEN OF BANK OF AMERICA**

On May 21, 2010, this Court entered an order valuing lien of BANK OF AMERICA against certain property of Debtor for purposes of this chapter 13 case. That order was subject to being set aside until Debtor obtained a discharge in this chapter 13 case. Debtor having obtained a discharge, the Court now therefore enters the following judgment.

The lien of BANK OF AMERICA regarding the property commonly known as 3047 Cedar Ridge Ct San Jose, CA 95148, which was recorded in Santa Clara County on or about March 23, 2007 as document number 19354591 is hereby determined to be entirely, permanently, and for all purposes void and unenforceable. The property is more fully described as follows:

//

//

Lot 453, as shown on that certain Map of Tract No. 6806, which Map was filed for record in the office of the Recorder of the County of Santa Clara, State of California on April 10, 1981, in Book 482 of Maps, page(s) 40, 41 and 42.

**\*\*END OF ORDER\*\***

1  COURT SERVICE LIST

2  Order Electronically Mailed to ECF Registered Participants

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26